F. W. WOOLWORTH Co. *v.* UNITED STATES

**No. 7330.**—Invoice dated Longton, England, March 1, 1941.
        Certified March 3, 1941.
        Entered at San Francisco, Calif., May 12, 1941.
        Entry No. 6213–1/2.

(Decided July 11, 1947)

*Sharretts & Hillis (Howard C. Carter* of counsel) for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge: This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the unit invoice values, plus the cost of packing.

Judgment will be rendered accordingly.